# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0060.   PROFESSIONAL STANDARDS COMMISSION v. SAJUANA WILSON-WILLIAMS.**

On May 13, 2019, the Professional Standards Commission ("PSC") filed an application for discretionary appeal of the order entered by the Superior Court of Dougherty County reversing its two-year suspension of the educator's certificate of Sajuana Wilson-Williams. On June 10, 2019, this Court granted the PSC's application for discretionary appeal and stated that the PSC could file a notice of appeal within 10 days of the date of the order. See *Professional Standards Commission v. Wilson-Williams*, Case No. A19D0477.  See also OCGA § 5-6-35 (g).  On June 20, 2019, the PSC filed in this Court its "Expedited Motion for Extension of Time to File Notice of Appeal," requesting that it be granted an extension until Monday, June 24, 2019 to file its notice of appeal.  In its motion, the PSC stated that it was unable to file its notice of appeal or seek a filing extension in the trial court on June 20, 2019 because the PeachCourt e-filing system was inaccessible and the courthouse closed early due to the failure of the building's air conditioning system.  Upon consideration of the PSC's motion for an extension of time, the motion is hereby GRANTED pursuant to Court of Appeals Rules 16 (a) and 40 (b) and OCGA § 5-6-39 (a) (1).  The PSC shall have until Monday, June 24, 2019 to file its notice of appeal.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,___06/21/2019_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*